UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VALTIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., successor in interest to WACHOVIA and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CIV-F-10-0849 AWI GSA<br><br>ORDER VACATING HEARING DATE OF AUGUST 23, 2010 AND TAKING MATTER UNDER SUBMISSION |

　　Defendant Wachovia Mortgage, a division of Wells Fargo Bank, has filed a motion to dismiss for failure to state a claim and a motion to strike. Docs. 12 and 13. Plaintiff Rafael Valtierra has filed an opposition. Defendant has filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 23, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　August 19, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1