# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VALTIERRA,<br><br>       **Plaintiff,**<br><br>    v.<br><br>WELLS FARGO BANK, N.A., successor<br>in interest to WACHOVIA and DOES 1<br>through 50, inclusive,<br><br>       **Defendants.** | CIV-F-10-0849 AWI GSA<br><br>**ORDER VACATING HEARING<br>DATE OF MAY 2, 2011 AND<br>TAKING MATTER UNDER<br>SUBMISSION** |

Defendant Wachovia Mortgage, a division of Wells Fargo Bank, has filed a motion to dismiss for failure to state a claim and a motion to strike.  Plaintiff Rafael Valtierra has filed an opposition to the motion to strike but has not filed an opposition to the motion to dismiss. Defendant has filed a reply.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 2, 2011, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 27, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1