UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VALTIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., successor in interest to WACHOVIA and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CIV-F-10-0849 AWI MJS<br><br>ORDER VACATING HEARING DATE OF OCTOBER 24, 2011 AND TAKING MATTER UNDER SUBMISSION |

　　Defendant Wachovia Mortgage, a division of Wells Fargo Bank, has filed a motion for award of attorney's fees. Plaintiff Rafael Valtierra has not filed an opposition. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 24, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 19, 2011

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1